## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Samuel Land Company, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 714 C.D. 2018 |
| | : | |
| Zoning Board of Adjustment | : | |
| of The City of Pittsburgh, | : | |
| City of Pittsburgh and Daniel | : | |
| Guttman | : | |

# **O R D E R**

NOW, January 8, 2019, having considered appellee Daniel Guttman's application for reargument and appellant's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge